IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY SHABBAZ GOODEN, JR.,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                               No. 16-cv-530-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on July 1, 2016 (Doc. 10), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT


                                  BY:   s/*Caitlin Fischer*
                                             **Deputy Clerk**

Dated: July 1, 2016

                        Digitally signed by
                        Judge David R.
                        Herndon
                        Date: 2016.07.01
                        17:59:01 -05'00'

APPROVED:
          U.S. DISTRICT JUDGE
          U. S. DISTRICT COURT